

FILED
APR 20 2017
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SCOTT A. WITZKE,

    Plaintiff,

v

RUSS MARLAN, Deputy Director; and ALEX J. SMITH, Parolee/Probation Agent,

    Defendants.

No. 2:16-cv-13753

HON. ARTHUR J. TARNOW

MAG. ANTHONY P. PATTI

---

Scott A. Witzke
*In Pro Per*
c/o S.H.A.R. House
1852 W. Grand Blvd.
Detroit, MI 48208
(313) 894-8444

Adam L.S. Fracassi (P79546)
Assistant Attorney General
Attorney for Defendants Russ Marlan and Alex J. Smith
Civil Litigation, Employment & Elections Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

---

## STIPULATED ORDER TO STAY THE CASE FOR SIXTY (60) DAYS

The parties hereby stipulate and agree to stay of all proceedings for sixty (60) days. The Court has reviewed the agreement of the parties, and it is ordered that all proceedings in the case shall be stayed

for sixty (60) days. The parties shall notify the court immediately of any changes in their status.

IT IS SO ORDERED.

Date: April 20, 2017

ANTHONY P. PATTI
Magistrate Judge    April 20, 2017

***Stipulated and Approved for Entry:***

*/s/Scott A. Witzke (w/permission)*   Date:  April 14, 2017
Scott A. Witzke
Plaintiff *in pro per*

*/s/Adam L.S. Fracassi*   Date:  April 14, 2017
Adam L.S. Fracassi (P79546)
Attorney for Defendants