UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT A. WITZKE,

    Plaintiff

v.

RUSS MARLAN and
ALEX J. SMITH,

    Defendants.
_____/

Case No. 2:16-13753
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO WAIVE FEES FOR USER ACCESS TO PACER (DE 35)

Public Access to Court Electronic Records (PACER) "is an electronic public access service that allows users to obtain case and docket information online from federal appellate, district, and bankruptcy courts, and the PACER Case Locator." *See* www.pacer.gov. Currently before the Court is the above-described motion, which was filed on October 20, 2017 and in which Plaintiff relies upon *Ogilvie v. Millsaps*, No. 8:15-CV-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015) ("In considering whether to grant an exemption, courts must find that the individual seeking an exemption has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote access to information.") (citing www.pacer.gov).

1

Upon consideration, Plaintiff's *ex parte* motion to waive fees for user access to PACER (DE 35) is **GRANTED**.  Plaintiff currently resides in a halfway house (DE 35 at 4), and the Court finds good cause for the fee waiver requested in this particular case.

**IT IS SO ORDERED.**

Dated: November 14, 2017          s/Anthony P. Patti
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on November 14, 2017, electronically and/or by U.S. Mail.

                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable Anthony P. Patti