UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT A. WITZKE,

    Plaintiff

v.

RUSS MARLAN and
ALEX J. SMITH,

    Defendants.
_____/

Case No. 2:16-13753
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO POSSESS A CELLULAR PHONE WHEN IN THE U.S. COURTHOUSE IN CONNECTION WITH THE INSTANT CASE (DE 34)

Currently before the Court is the above-described motion, which was filed on October 22, 2017. Neither Defendant has filed a response; therefore, the motion is unopposed.

Upon consideration, Plaintiff's *ex parte* application for leave to possess a cellular phone when in the U.S. Courthouse in connection with the instant case (DE 34) is **GRANTED**, subject to the limitations that the ringer must be turned off and the device may not be used for making audio or video recording anywhere in the Courthouse.

**IT IS SO ORDERED.**

Dated: November 14, 2017	s/Anthony P. Patti
	Anthony P. Patti
	UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on November 14, 2017, electronically and/or by U.S. Mail.

	s/Michael Williams
	Case Manager for the
	Honorable Anthony P. Patti