UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT A. WITZKE,

    Plaintiff

v.

RUSS MARLAN, ALEX J.
SMITH, and EBONY M.
PULLINS-GOVANTES,

    Defendants.
_____/

Case No. 2:16-13753
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFF'S REQUEST FOR SERVICE UPON DEFENDANT PULLINS-GOVANTES (DE 29) and DIRECTING THE USMS TO ATTEMPT SERVICE OF PROCESS UPON THIS DEFENDANT

Judge Tarnow has referred this case to me for all pretrial proceedings. Plaintiff, having previously sought and received leave of Court, has now filed an amended / supplemental complaint, which, among other things, adds Ebony Pullins-Govantes as a Defendant. (*See* DEs 30, 44, 47.) Upon consideration, Plaintiff's separately-filed request for service upon Pullins-Govantes (DE 29) is **GRANTED**. The U.S. Marshal is **DIRECTED** to attempt service of process of a summons and the amended / supplemental complaint upon Pullins-Govantes at 206 E. Michigan Ave., Grandview Plaza, P.O. Box 30003, Lansing, MI 48909.

1

**IT IS SO ORDERED.**

Dated: November 17, 2017        s/Anthony P. Patti
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on November 17, 2017, electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti