UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT ANDREW WITZKE, | Case No. 16-13753 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| RUSS MARLAN, ET AL., | U.S. MAGISTRATE JUDGE |
| | ANTHONY P. PATTI |
| Defendants. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION [62]; GRANTING PLAINTIFF'S MOTION TO DISMISS/WITHDRAW INJUNCTIVE RELIEF CLAIMS ON MOOTNESS GROUNDS [57]; AND DEEMING AS WITHDRAWN PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [31], PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION [38], AND ALL OTHER REQUESTS FOR INJUNCTIVE RELIEF**

*Pro se* Plaintiff Scott Andrew Witzke, a parolee, has brought claims against various Michigan Department of Corrections ("MDOC") officials pursuant to 42 U.S.C. § 1983. On March 19, 2018 the Magistrate Judge issued a Report and Recommendation (R&R) [Dkt. #62] advising the Court to grant Plaintiff's Motion to Dismiss/Withdraw Injunctive Relief Claims on Mootness Grounds [57] and deem as withdrawn Plaintiff's Motion for Preliminary Injunction [31], Plaintiff's Amended Motion for Preliminary Injunction [38], and Plaintiff's requests for injunctive relief contained within the Amended Complaint [47]. Neither party filed Objections to the R&R. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [62] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss/Withdraw Injunctive Relief Claims on Mootness Grounds [57] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction [31], Plaintiff's Amended Motion for Preliminary Injunction [38], and all other requests for injunctive relief are **DEEMED AS WITHDRAWN**.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: April 12, 2018        Senior United States District Judge