# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 12, 2019

Ms. Kathryn Bruner James
Goodman & Hurwitz
1394 E. Jefferson Avenue
Detroit, MI 48207

Mr. Austin Curtis Raines
Office of the Attorney General
of Michigan
P.O. Box 30754
Lansing, MI 48909

Re:  Case No. 19-1169, *Scott Witzke v. Russ Marlan, et al*
     Originating Case No. : 2:16-cv-13753

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 19-1169

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SCOTT ANDREW WITZKE

    Plaintiff - Appellee

v.

RUSS MARLAN, et al.

    Defendants

and

EBONY M. PULLINS-GOVANTES

    Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 12, 2019